**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1871

BOBBY R. ABERNETHY,

                Plaintiff - Appellant,

        v.

PATRICK DONAHOE, Postmaster General, US Postal Service,

                Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Norman K. Moon, Senior District Judge.  (5:11-cv-30077-NKM-BWC)

Submitted:  October 16, 2013          Decided:  October 22, 2013

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bobby R. Abernethy, Appellant Pro Se.  Rick A. Mountcastle, Kartic Padmanabhan, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby R. Abernethy, a former employee of the United States Postal Service, appeals the district court's order granting Defendant's motion for summary judgment on Abernethy's breach of contract claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Abernethy v. Donahoe, No. 5:11-cv-30077-NKM-BWC (W.D. Va. June 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED